# United States Bankruptcy Court
## Southern District of New York

In re __512 W42 Retail LLC_____

Debtor(s)

Case No. __21-11141-mg__

Chapter __7__

# VERIFICATION OF CREDITOR MATRIX

I, manager of ACT Hotel Capital Holdings, LLC, manager of MHI 510 W42 Operating LLC, sole member of 512 W42 Retail LLC,

the above-captioned debtor, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date: __June 21, 2021_____

**/s/ Theresa M. Roche**_____
**Theresa M. Roche**
**Manager of ACT Hotel Capital Holdings, LLC,**
**manager of MHI 510 W42 Operating LLC,**
**sole member of 512 W42 Retail LLC**
Signer/Title

.

1 CUT HOSPITALITY LLC
1990 LEXINGTON AVE, #32E
NEW YORK, NY 10035


100 FOR ALL
W 146TH ST, APT. 15
NEW YORK, NY  10039


4 ARTIST MANAGEMENT
1797 LEXINGTON AVE, #2B
NEW YORK, NY 10029


4IMPRINT INC.
101 COMMERCE STREET
OSHKOSH, WI 54901


4KNY INC
80 MADISON AVE, APT# 3H
NEW YORK, NY 10016


4PM EVENTS INC.
535 EIGHTH AVE, THIRD FLOOR
NEW YORK, NY 10018


510 W42 HOTEL OPERATING, LLC
510 W 42ND ST
NEW YORK, NY 10036


A&L CESSPOOL
38-40 REVIEW AVE
LONG ISLAND CITY, NY 11101


ABRAHAM MERCHANT HOSPITALITY
285 FULTON STREET, 47A
NEW YORK, NY 10007


ACCESS EXPEDITING GROUP
14 THERESA LANE
HARRISON, NY 10528


ADR SYSTEMS
20 N. CLARK ST, FL 29
CHICAGO, IL 60602

AFLAC
22 CORPORATE WOODS BLVD
ALBANY, NY 12211


AGRI EXOTIC TRADING, INC.
700 ROUTE 46 WEST STE. 5
CLIFTON, NJ 07013


AIM HOSPITALITY GROUP LLC
470 7TH AVENUE SUITE #304
NEW YORK, NY 10018


AIR IDEAL INC.
51 WINDSOR AVE
MINEOLA, NY 11501


ALEX JOSOWITZ
1332 44TH STREET
BROOKYLN, NY 11219


ALEXANDER KUNSTADTER
445 NORTH 10TH ST
FAIRVIEW, NJ 07022


ALEXIS DEVINCENTIS
23 ASCENSION DR
WILMINGTON, DE 19808


ALI AUBUCHON
65 SOUTH 11TH ST #2J
BROOKLYN, NY 11249


ALICIA EICHELSDERFER
2906 38 AVE
LONG ISLAND CITY, NY 11101


ALIX L BROWN
643 E 9TH ST APT. 3B
NEW YORK, NY 10009


ALL AFFAIRS CHAIR RENTAL CORP
2255 59TH ST
BROOKLYN, NY 11204

ALL STAR SECURITY & CONSULTING, INC.
1441 BROADWAY 17TH FLOOR
NEW YORK, NY 10018


ALLSTATE SPRINKLER CORP.
1869 WHITE PLAINS ROAD
BRONX, NY 10462-1489


ALREADY DESIGN CO
207 N. ELM STREET
ARLINGTON, TX 76011


AMERICAN CANCER SOCIETY
132 WEST 32ND STREET
NEW YORK, NY 10001


AMERICAN PROTECTION BUREAU
75 LARKFIELD RD
EAST NORTHPORT, NY 11731


AMERICOLD
80 SMITH ST, SUITE 2
FARMINDALE, NY 11735


AMY GOTZLER
2905 21ST AVENUE 2C
ASTORIA, NY  11105


AMY REBECCA ROSADO
6270 WILES RD., APT #203
CORAL SPRINGS, FL  33067


ANNABELLE CRUZ
2416 TRATMAN AVE 2ND FLOOR
BRONX, NY 10461


ARTISTEL LLC
2370 OCEAN AVE, APT. 4D
BROOKLYN, NY 11229


ASCAP
21678 NETWORK PLACE
CHICAGO, IL 60673-1216

ASIAN BOK CHOY
969 GRAND STREET
NEW YORK, NY 11211


ASK LOCKSMITH, INC
247 W 38TH STREET
NEW YORK, NY 10018


ATMOSPHERE MUSIC INC.
P.O. BOX 54487
PHILDELPHIA, PA 19148


B. ALEXIS MUSIC
883 GOODRICH ST
UNIONDALE, NY 11553


BALDOR SPECIALTY FOODS, INC.
P.O. BOX 5411
NEW YORK, NY 10087-5411


BALTER SALES COMPANY, INC.
209 BOWERY
NEW YORK, NY 10002


BALTHAZAR
214 SOUTH DEAN STREET
ENGLEWOOD, NJ 07631


BANQUET CARD LLC
309 GOLD ST APT 5B
BROOKLYN, NY 11201


BARBIZON LIGHTING COMPANY
456 W55TH ST
NEW YORK, NY 10019


BEEKMAN SOCIAL LLC
584 BROADWAY SUITE 901
NEW YORK, NY 10012


BEN NEMZER ENTERTAINMENT LLC
95 CABRINI BLVD APT 5G
NEW YORK, NY 10033

BENTLEY MANHATTAN
711 11TH AVENUE
NEW YORK, NY 10019


BENTLEY PAYMENT CENTER
75 REMITTANCE DRIVE STE 1738
CHICAGO, IL 60675-1738


BENTLEY PRICE ASSOCIATES, INC
3541 WEST OAK TRAIL RD
SANTA YNEZ, CA 93460


BENUCK & RAINEY, INC.
25 CONCORD ROAD
LEE, NH 03861


BEYONDREST
201 ALLEN ST, #2B
NEW YORK, NY 10002


BIRCH STREET TECHNOLOGIES LLC
1301 DOVE STREET SUITE 300
NEWPORT BEACH, CA 92660


BMF
50 WEST 23RD STREET, 7TH FL
NEW YORK, NY 10010


BROADWAY PARTY RENTALS
134 MORGAN AVE
BROOKLYN, NY 11237


BROOKSBROVAZ DEVELOPMENT INC.
1427 E 84TH STREET
BROOKLYN, NY 11236


CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693-0149


CARDMEMBER SERVICE
PO BOX 790408
ST. LOUIS, MO 63179-0408

CARLOS J RIVERA
20-12 31ST STREET 2G
ASTORIA, NY 11105


CAROLYN SUAREZ ALVAREZ
601 WEST 188TH ST APT 4G
MANHATTAN, NY 10040


CENK FIKRI INC.
635 WEST 42ND STREET, #26G
NEW YORK, NY 10036


CERUS HOSPITALITY CONSULTING
MATT WAGMAN
243 E 32ND STREET
NEW YORK, NY 10016


CESAR DESIR
10 ARGYLE RD, APT 9A
BROOKLYN, NY  11218


CESAR PINTO ANDRADE
1371 ATLANTIC AVE APT 5A
BROOKLYN, NY 11216


CHIBAMA, LLC
160 MORGAN ST #1606
JERSEY CITY, NJ 07302


CHIC CHIEN CHATEAU
156 SOUTH AVE APT 110
NEW CANAAN CT 06840


CHIEF FIRE PREVENTION & MECHANICAL
10 WEST BROAD STREET
MOUNT VERNON, NY 10552


CHL ELECTRICAL CONTRACTORS
2000 WHITE PLAINS
BRONX, NY 10462


CHRIS MACIAS
1307 85TH
NORTH BERGEN, NJ 07047

CHRISTINA SHREWSBURY
3240 CAMBRIDGE AVE APT 3
BRONX, NY 10463


CHRISTOPHER ANDERSON
7 EAST 14TH STREET #316
NEW YORK, NY 10003


CINDY SENE
619 STATE RT 17K
MONTGOMERY, NY 12549


CITY AQUARIUM LLC
306 STAGG ST
BROOKLYN, NY 11206


CLOE LUV LLC
1427 EAST 84TH ST
BROOKLYN, NY 11236


CONED
P.O. BOX 1701
NEW YORK, NY 10116-1701


CRAFT ENGINEERING STUDIO
39 W 38TH ST, SUITE 6E
NEW YORK, NY 10018


CREATIVE PROMOTIONAL PRODUCTS
7300 N MONTICELLO
SKOKIE, IL 60076


CREATIVE STING
779 CORAL TREE WAY
UPLAND, CA 91784


CROSS-FIRE & SECURITY
1756 86TH STREET
BROOKLYN, NY 11214


CROWN CHOICE INC
355 S END AVE #3E
NEW YORK, NY 10280

CRYSTAL DEVONE
832 DEKALB AVE APT 3D
BROOKLYN, NY 11221


D'ARTAGNAN, LLC
P.O. BOX 447
UNION, NJ 07083-0447


DAIRYLAND
PO BOX 30943
NEW YORK, NY 10087


DAMIANI NY
212 EAST 57TH ST, STE 8C
NEW YORK, NY 10022


DANVIL BLAKE
2232 7TH AVE, APT #3
NEW YORK, NY 10027


DARRELL WHITELAW
17015 PACIFIC COAST HIGHWAY #26
PACIFIC PALISADES, CA 90272


DAVID JAMES MEDIA HOLDINGS
2066 SHERWOOD LN
MINNETONKA, MN 55305


DAWNITA MOORE
170 DELANCEY STREET, APT 5
NEW YORK, NY  10002


DEANNA INZERILLO
173 WATER STREET BROOKLYN, NY 11201
BROOKLYN, NY 11201


DELFINO SARMIENTO
653 CAUDWELL AVE APT 3 BRONX, NY 10455
BRONX, NY 10455


DEVIN ADAMO
45 GARDEN STREET ROSLYN HEIGHTS, NY 1157
HEIGHTS, NY 11577

DGI MANAGMENT , INC.
401 BROADWAY, SUITE 1705 NEW YORK, NY 10
NEW YORK, NY 10013


DIANA HENRIQUEZ
89 THAYER ST APT 4G NEW YORK, NY 10040
NEW YORK, NY 10040


DIEGO CAMPO
408 ADELPHI BROOKLYN, NY 11238
BROOKLYN, NY 11238


DJ FIRST CHOICE ENTERTAINMENT LLC
421 HANCOCK AVE
MOUNT VERNON, NY 10553


DJ MFUSCO
105 SACKVILLE ROAD
GARDEN CITY ,NY 11530


DJ MOODY
318 MAPLE STREET
SHILOH ,IL 62269


DJ SHOWCRIME
172-40 133RD AVE
JAMAICA ,NY 11434


DJ SPADE LLC
327 KOSCIUSKO STREET
BROOKLYN ,NY 11221


DOOR 2 DOOR LOCKSMITH
408 W 39TH ST
NEW YORK ,NY 10018


DOUGLAS KEENAN
216 DOE TRAIL
MORGANVILLE ,NY 07751


DROPBOX, INC.
1800 OWENS ST
SAN FRANCISCO, CA 94158

E. PHILLIPS
7 JOHN DRIVE
OLD BETHPAGE, NY 11804


EAGLEMASTERSIGNS
156 EAST 23RD STREET
NEW YORK, NY 10010


ECL NEW YORK, CORP
350 W37TH ST APT 21D
NEW YORK, NY 10018


EDWIN B SOLLIS
140E 81ST ST APT 9B
NEWYORK, NY 10028


ELAN CHIEPPA
69 RIPPLE LANE L
LEVITTOWN, NY 11756


ELITE ASSOCIATES GLOBAL INC.
401 PARK AVE S 10TH FLOOR
NEW YORK, NY 10016


EMBLEM HEALTH
P.O. BOX 21105
NEW YORK, NY 10087


EMPIRE MERCHANTS
16 BRIDGEWATER STREET
BROOKLYN, NY 11222


ERIK IZQUIERDO
500 W44TH ST APT 1B
NEW YORK, NY 10036


EROL SABADOS
169 SPENSER ST 2ND FLOOR
BROOKLYN, NY 11205


ESOM GROUP
28 PEPPERIDGE ROAD
TUXEDO PARK, NY 10987

EVANT MAGAZINE CORP
453 WEST 166ST APT 3A
NEW YORK, NY 10032


EVENT RENTALS GROUP LLC
357 SCALLY PLACE
WESTBURY, NY 11590


EVENTS MADE EASY (EME)
151 EAST 31ST ST APT 14F
NEW YORK, NY 10016


EVOQ HOLDINGS, LLC
1821 JEFFERSON AVE #306
MIAMI BEACH, FL 33139


EXTREME AUDIO INNOVATIONS
1095 EAST 15TH ST APT 6F
BROOKLYN, NY 11230


EZEQUIEL ESPINAL
605 WEST 42ND ST APT 49M
NEW YORK, NY 10036


FAMOUS NOBODYS
130 ALEXANDER AVE
BRONX, NY 10454


FAYMOUS LLC
85 N 3RD ST APT 604
BROOKLYN, NY 11249


FEDEX
P.O. BOX 371461
PITTSBURGH, PA 15250


FOSSIL FARMS
81 FULTON STREET
BOONTON, NJ 07005


FRANK REDENDO
654 EDER ROAD ST
STORMVILLE, NY 12582

FREDERICK WILDMAN & SONS, LTD
307 EAST 53RD STREET
NEW YORK NY 10022

FRIEDLANDER GROUP
2500 WESTCHESTER AVE STE 400A
PURCHASE, NY 10577

FULTON FISH MARKET.COM
800 FOOD CENTER DRIVE, UNIT #4
BRONX, NY 10474 US

GAGAN SOMLOK
79 WILLOUGHBY AVE
HICKSVILLE, NY 11801

GASOLINE TEQUILLA
300 MERCER STREET, 31L
NEW YORK, NY 10003

GEMINII CLEANING SERVICES
436 EAST 34TH STREET SUITE 2B
BROOKLYN, NY 11203

GENERAL PLUMBING CORPORATION
54-01 35TH STREET
LONG ISAND CITY, NY 11101

GLEB PODGAYETSKIY
1959 EAST 17TH ST APT 1R
BROOKLYN, NY 11229

GOLD START STAFFING CORP
4555 47TH ST MB 30
WOODSIDE, NY 11377

GOLD VENTURES NYC LLC
308 EAST 30TH ST.
NEW YORK, NY 10016

GOLIATH MARKETING CORP.
247 W 38
NEW YORK, NY 10018

GOMILLION&LEUPOLD STUDIOS CORP.
779 CORAL TREE WAY
UPLAND, CA 91784


GRACE SHANTON
27508 SR 55
WARDENSVILLE, WV 26851


GREEN OIL RECYCLING
10015 GLENWOOD ROAD
BROOKLYN , NY 11236


GREEN ROOM
611 BROADWAY SUITE 10012
NEW YORK, NY 10036


HALEX PRODUCTIONS, INC
1020 15TH ST, APT 3
DENVER, CO 80202


HANNAH PAUKER
1701 HIGHTS FARM RD
MONROE, NJ 08831


HARVINDER K RAMOUTAR
20 CHESTER AVENUE 1FL
BROOKLYN, NY 11218 NY


HAUS OF CREATIVES
160-04 CROSSBAY BLVD, #110
HOWARD BEACH, NY 11414


HEAR THE BEARD PRODUCTIONS LLC
220 GEARY DRIVE SOUTH PLAINFIELD
PLAINFIELD, NJ  07080


HELBRAUN & LEVEY LLP
110 WILLIAMS STREET, SUITE 1410
NEW YORK, NY 10038


HELLO GOODBYE
49 MURRAY ST, LOWER LEVEL
NEW YORK, NY 10007

HG MANAGEMENT, LLC
5662 W CLUBHOUSE DRIVE HURRICANE
HURRICANE, UT  84737


HGR GROUP INC
P.O. BOX 1801
NEW YORK, NY 10013


HOTSCHEDULES
P.O. BOX 848472
DALLAS, TX 75284


HRD MANAGEMENT
474 W 158TH ST APT 4
NEW YORK, NY 10032


IAN MAGID GROUP INC.
500 W23RD ST APT 10D
NEW YORK, NY 10011


ILLY CAFE NORTH AMERICAN, INC.
800 WESTCHESTER AVE, SUITE S440 RYE BROO
RYE BROOK, NY 10573


IMPERIAL BAG & PAPER
255 ROUTE 1 & 9 JERSEY CITY, NJ 07306
JERSEY CITY, NJ 07306


INDIGGO TWINS LLC
447 EAST 78TH STREET APT 4B NEW YORK, NY
NEW YORK, NY  10075


INES MARTINEZ
1200 WOODYCRST AVE BSM BRONX, NY 10452
BSM BRONX, NY 10452


INSOMNIAC ENTERTAINMENT
400 W 113TH ST, APT 1027
NEW YORK, NY 10025


JACKSON BEAVER
245 WEST 51ST ST, APT 808
NEW YORK, NY 10019

JASON BLENDS DESIGNS
35-37 36TH ST, 2ND FLOOR
ASTORIA, NY 11106


JAY ALKHODARY
134 16TH AVE
LMWOOD PARK, NJ 07407


JB PRINCE COMPANY, INC.
79 EXPRESS STREET
PLAINVIEW, NY 11803


JD AUDIO VIDEO DESIGN, INC.
2010 JONES RD
FORT LEE, NJ 07024


JERRI VEGA
234 SUMMIT VISTA
HENDERSON, NEVADA 89052


JET SET EVENTS
15 GREENPORT ST STATE
STATEN ISLAND, NY 10304


JOEMAR URMATAN
938 MCDONALD AVE APT 3
BROOKLYN, NY 11218


JOHN GARCIA
32-05 NEWTOWN AVE
ASTORIA, NY 11102


JONBOY TATTOO LLC
250 E HOUSTON STREET APT 5G
NEW YORK, NY 10002


JOSE MATOS
313 HAWTHORNE AVENUE
YONKERS, NY 10705


JOSE TEJADA
559 KIPP STREET
TEANECK, NJ  07666

JUAN CARLOS CABALLERO
25-62 STEINWAY ST  APT 2R
ASTORIA, NY 11103


JUSTIN REYES
9007 SCHENCK ST
BROOKYLN, NY 11236


KAESTNER DALE MCFARLANE
374 EASTERN PARKWAY APT B1
BROOKLYN, NY 11225


KORIN, INC
233 BROADWAY, SUITE 1801
NEW YORK, NY 10279


KRISTIAN OLSEN
255 MCKIBBIN ST #406
BROOKLYN, NY 11206


KUSH TOURING INC
10960 WILSHIRE BLVD., 5TH FLOOR
LOS ANGELES, CA 90024


KUSHNER STUDIOS ARCHITECTURE & DESIGN P.
390 BROADWAY, 4TH FLOOR
NEW YORK, NY  10013


KYODO BEVERAGE CO., INC
P.O. BOX 419783
BOSTON, MA 02241-9783


L.E.T.S. INTERNATIONAL, INC.
208 EAST 51ST STREET #236
NEW YORK, NY 10022


LANBORKAN INC
68-39 CLYDE ST
FOREST HILLS, NY 11375


LAS GEMELAS ENTERTAINMENT LLC
8008 4TH AVENUE NORTH
NORTH BERGEN, NJ  07047

LECTRO RAIDERS ENTERTAINMENT CO. LLC
2232 7TH AVE #3
NEW YORK, NY 10027


LEG AVENUE, INC.
19601 E. WALNUT DRIVE SOUTH
CITY OF INDUSTRY, CA 91748


LEIGHTON INC.
1457 WEST 5TH ST #1U
BROOKLYN, NY 11204


LETTER GRADE CONSULTING
9728 3RD AVE SUITE 304
BROOKLYN, NY 11209


LFB MEDIA SUB, LLC
50 WEST 23RD STREET, FL 7
NEW YORK, NY 10010


LIEPPER & SONS LLC
7 THE SERPENTINE
ROSLYN ESTATES, NY 11576


LINCOLN CHARLES WARD
2466 LORRAINE DRIVE
ALLEGAN, MI 49010


LOHRASP KANSARA
95 MAYWOOD AVE
MAYWOOD, NJ 07607


LOVE THE LIMELIGHT, LLC
757 HART ST 2L
BROOKLYN, NY 11237


LUCKY CHURCH CONSULTING
2304 SEDGWICK AVE, APT 4D
BRONX, NY 10468


LUXURY ATTACH  LLC
41 MADISON AVE, 25TH FL
NEW YORK, NY 10010

LUXURY RIDE NYC LLC
50 GALESI DRIVE, STE. 2C
WAYNE, NJ 07470

MACARI VINEYARDS & WINERY LTD
P.O. BOX 2
MATTITUCK, NY 11952

MADORY NIGHTLIFE CORP
PO BOX 681
VALLEY STREAM, NY 11582

MANHATTAN BEER DISTRIBUTORS
955 EAST 149TH STREET
STREET BRONX, NY 10455

MANHATTAN FIRE & SAFETY CORP
242 WEST 30TH ST, 7TH FL
NEW YORK, NY 10001

MANHATTAN RESTAURANT SUPPLY
127 W 26TH ST
NEW YORK, NY 10001

MARILYN ETIENNE
22 MONROE AVE
HICKSVILLE, NY 11801

MARVIN RODRIGUEZ
807 EAST 6TH STREET APT #4A
NEW YORK, NY 10009

MATTHEW JOHNS
143 WEST 69TH ST APT 1G
NEW YORK, NY 10023

MAXWELL PLUMB MECHANICAL CORP.
43-20 203RD STREET
BAYSIDE, NY  11361

MAYA GRAFFAGNA
509 W161ST ST APT 5C
NEW YORK, NY 10032

MELISSA MIKEL
233 SMITH ST
BROOKLYN, NY 11231


MHI
1 WORLD TRADE CENTER, STE 47A
NEW YORK, NY 10007


MHW LTD./HAUS ALPENZ USA
1129 NORTHERN BLVD STE 312
MANHASSET NY 11030


MICHAEL CORNWALL WYCKOFF
2346 ATLANTIC AVE #3E
BROOKLYN, NY 11206


MICHELLE MOORE
P.O. BOX 857
MARSHALLS CREEK, PA 18335


MILMAN LABUDA LAW GROUP PLLC
3000 MARCUS AVE. SUITE 3W8
LAKE SUCCESS, NY 11042


MORRISON COHEN LLP
909 THIRD AVENUE
NEW YORK, NY  10022-4784


MR. T CARTING
73-10 EDSALL AVE
GLENDALE, NY 11385-8220


MURRAY'S CHEESE WHOLESALE
25-19 BORDEN AVE
LONG ISLAND CITY, NY 11101


MUSHO KOLENOVIC
435 WEST 46TH ST, APT 3FE
NEW YORK, NY 10036


MUSHROOMS & MORE
37 FULTON ST
WHITE PLAINS, NY 10606

NEW YORK CITY CRIMINAL COURT
1 CENTRE STREET, 16TH FLOOR
NEW YORK, NY 10013


NEW YORK EVENTS INC.
350 BAUER PLACE
MINEOLA, NY 11501


NEWARKCREEKSIDE LLC
51 CREEKSIDE DRIVE
NEWARK, DE 19702 US


NICOLE LEVINSON
31 ROSS ROAD
LIVINGSTON, NJ 07039


NIKKI KYNARD
281 CLIFTON PLACE APT 4B
4B BROOKLYN, NY 11216


NOCTEM GROUP
6 MAIDEN LN, FLOOR 6
NEW YORK, NY  10038


NORENA BARBELLA
484 WEST 43RD ST #10


NORTH SHORE LINEN
20 RIDER PLACE
FREEPORT, NY 11520


NOTORITY GROUP LLC
350 W37TH ST APT 21D
NEW YORK, NY 10018


NTB CONSULTING
36 GORDON AVENUE
BRIARCLIFF MANOR, NY 10510


NY MUTUAL TRADING, INC.
P.O. BOX 419786 BO
BOSTON, MA 02241-9786

NYC DEPT OF FINANCE
PO BOX 3933
NEW YORK, NY 10008-3933


NYC FIRE DEPARTMENT
PO BOX 412014
BOSTON, MA 02241-2014


NYC PRODUCE
532 BRYANT AVE
BRONX, NY 10474


NYSIF WORKER'S COMPINSATION
PO BOX 5238 NEW YORK, NY


OATH STIPULATION DESK
66 JOHN STREET 10TH FLOOR
NEW YORK, NY 10038


OCEAN PROVIDENCE
76 APOLLO STREET
BROOKLYN, NY 11222


OJ ART GALLERY
249 EAST 57TH STREET
NEW YORK, NY 10022


ONE CREATIVE MARKETING GROUP LLC
1101 STEWART AVE, STE 104
GARDEN CITY, NY 11530


OSCAR FLORES
98-12 ALSTYNE AVE
CORONA, NY 11368


OVER DINNER
1300 AVENUE AT PORT IMPERIAL #519
WEEHAWKEN, NJ 07086


PARIS GOURMET
P.O. BOX 36242
NEWARK, NJ 07188

PARK STREET IMPORTS
1000 BRICKELL AVE,STE 915
MIAMI FL 33131


PASSARELLI LAW LLC
10062 W 190TH PLACE, STE 204
MOKENA, IL 60448


PAT LAFRIEDA
3701 TONNELLE AVE NORTH
BERGEN, NJ 07047


PATRICE & ASSOCIATES
10020 SOUTHERN MARYLAND BLVD, STE 100
DUNKIRK, MD 20754


PAUL JOHNSON
817 FIRETHORN DR.
UNION, NJ  07083


PEACE OF MIND
142 BAY 44TH STREET
BROOKLYN, NY 11214


PEDERSEN & SONS SURETY BOND AGENCY, INC.
15 MAIDEN LANE, STE 800
NEW YORK, NY 10038


PEOPLEVINE
222 MERCHANDISE MART PLAZA, STE 1212
CHICAGO, IL 60654


PEPSI-COLA BOTTLING CO. OF NY
P.O. BOX 741076
ATLANTA, GA 30374-1076


PETROSSIAN
1139 47TH AVENUE
LONG ISLAND CITY, NY 11101


PHIL ZELONKY PNY
325 CENTRAL PARK WEST APT 6S
NEW YORK, NY 10025

PICCININI BROS
633 NINTH AVE
NEW YORK, NY 10036


PLANIT NEW YORK, LLC
108-21 51ST AVE 2ND FL
CORONA, NY 11365


PLAY MUSIC ARTIST MANAGEMENT, LLC
95 WALL ST #722
NEW YORK, NY 10005


PLAYBOY ENTERPRISES INTERNATIONAL, INC
10960 WILSHIRE BLVD, STE 2200
LOS ANGELES, CA 90024


PM SPIRITS
PO BOX 370736
BROOKLYN, NY 11237


POSY FLORAL DESIGN INC.
11 EAST 78TH STREET
NEW YORK, NY 10021


PRG
3119 FORT HAMILTON PARKWAY
BROOKLYN, NY 11218


PRINT INTERNATIONAL
117 FULTON AVENUE
HEMPSTEAD, NY 11550


Q MANAGEMENT, INC.
354 BROADWAY
NEW YORK, NY 10013


RAIDIRYS RIVAS
1892 MORRIS AVE
BRONX, NY 10453


RAMA SUSHI
107 HARRISON ST
VERONA, NJ 07044

RAMPART INSURANCE SERVICES
1983 MARCUS AVENUE, PO BOX 5494
SUCCESS, NY 11042


RAMTAHAL INC. PEST MANAGEMENT
935 EAST 34T STREET
BROOKLYN, NY 11210


RASIM PJETROVIC
8200 BOULEVARD EAST. APT 23J
NORTH BERGEN, NJ  07047


REACH LOCAL
1633 BROADWAY, 25TH FLOOR
NEW YORK, NY 10019


REACTION REPUBLIC LLC
274 1ST  AVE APT 9E
NEW YORK, NY 10009


REBECCA MORRIS
461 HARTING DRIVE
WYCOFF, NJ 07481


REGALIS FOODS
45-48 37TH ST
LONG ISLAND CITY, NY 11101


REGENCY GROUP
32 WEST 39TH STREET 12TH FL.
NEW YORK NY 10018


RICHARD NOTAR
25 WEST 36TH STREET
NEW YORK, NY 10018


RICHARD TURKIELTAUB
345 W 48ST #B
NEW YORK, NY  10036


ROCKER BROS. MEAT & PROVISION, INC.
405 CENTINELA AVE
INGLEWOOD, CA 90302

RODNEY CASTILLO
2143 AMSTERDAM AVE APT#11
NEW YORK, NY 10032


ROLL OUT INDUSTRIES INC
P.O. BOX 370004
BROOKLYN, NY 11237


RONNY CAPELLAN
301 WEST 110 ST #8G
NEW YORK, NY 10026


ROSEMOUNT MEDIA
701 CROSS STREET SUITE 209
LAKEWOOD, NJ 08701


ROYAL WINE COMPANY
63-65 LE FANTE WAY P.O. BOX 17
BAYONNE, NJ 07002-0017


RUBIN CREATIVE, LLC
705 S. 15TH STREET PHI
PHILADELPHIA, PA 19147


RYAN SOAMES ENGINEERING
242 WEST 30TH STREET SUITE 503
NEW YORK, NY 10001


RYAN TERADO
331 TWIN LAKES BLVD LITTLE E
LITTLE EGG HARBOR, NJ 08087


SAMBA TOB
2276 8TH AVE APT 4A
NEW YORK, NY 10027


SCIENTIFIC FIRE PREVENTION CO
54-59 43RD S
MASPETH, NY 11378


SCOOTER ROOTER
147 MIRIAM PARKW
PARKWAY ELMONT, NY 11003

SCRATCH THAT GROUP
22 NORTH 6TH STREET #7G
BROOKLYN, NY 11249


SE ASIA MARKET LLC
52 15TH STREET
BROOKLYN, NY 11215


SEATED
36 WEST 20TH ST 9TH FLOOR
NEW YORK, NY  10011


SEIF SALEM
2065 SHORE BLVD. APT 3
ASTORIA, NY 11105


SELECT EXPRSS & LOGISTICS
55 W 29TH ST
NEW YORK, NY 10018


SERGIO ADRIAN TORRIENTE
5 THE BOULEVARD NEW
NEW ROCHELLE, NY 10801


SHACOUSTICS
10 HIGGINS DRIVE
MILFORD, CT 06460


SHH GROUP, LLC
10181 SCRIPPS GATEWAY CT
SAN DIEGO, CA 92131


SHIELDS FLOWERS AND EVENTS
52 W 56TH ST 2ND FL.
NEW YORK, NY 10019


SKAM ARTIST INC
1616 VISTA DEL MAR
LOS ANGELES, CA 90028


SKEERY JONES
20 NEWPORT PARKWAY #2609
JERSEY CITY, NJ  07310

SKS PROMO INC
309 GOLD STREET, APT 8
BROOKLYN, NY 11201


SLD MARKETING
226 N RICHMOND AVE
MASSAPEGUA, NY 11758


SOLEX FINE FOODS
1435 51ST ST
NORTH BERGEN, NJ 07047


SOMMELIER IMPORTS INC
63-50 WETHEROLE ST
REGO PARK NY 11374


SOUTHERN
PO BOX 3143
HICKSVILLE, NY 11802


SPEER ARTS LLC
365 WEST 52ND ST, APT 5E
NEW YORK, NY 10019


STESSEL ENTERPRISES LLC
18 CURTIS DRIVE
LINCOLN PARK, NJ 07035


STOON LLC
1966 1ST AVE APT. 12N
NEW YORK, NY 10029


STRATEGIC SOLUTION PARTNERS, LLC
532 FERNCASTLE DRIVE
DOWNINGTOWN, PA 19335


SYLVAIN MANYALONGE
PO BOX 4650
NEW YORK, NY 10185


SYSCO
20 THEODORE CONRAD DR
JERSEY CITY, NJ 07305

T.A. BLACKBURN LAW PLLC
1242 EAST 80TH ST, 3RD FL
BROOKLYN, NY 11236


TABITHA YEH
445 WEST 35TH ST, APT 6A
NEW YORK, NY 10001


TABLELIST
101 FEDERAL STREET, STE 1900
BOSTON, MA  02110


TALIA CASTRO-POZO
340 UPPER BLVD.
RIDGEWOOD, NJ  07450


TAYLOR ROSE ENTERPRISES INC.
1101 STEWART AVE, STE 104
GARDEN CITY, NY 11530


TESSA SANTARPIA
9 EDNA PLACE
LACKAWANNA, NY 14218


TESTINO EVENTS LLC
167 MADISON AVENUE #602
NEW YORK, NY 10016


THE COPY SPECIALIST
44 EAST 21ST ST
NEW YORK, NY 10010


THE LOBSTER PLACE
405 BARRETTO STREET
BRONX, NY 10474


THE NORTHERN TRUST COMPANY
50 S. LASALLE STREET
CHICAGO, IL 60675


THOMAS CASAMENTO
2906 38TH AVENUE, APT 1
LONG ISLAND CITY, NY 11101

THREE FRENCHIES NYC LLC
C/O MALAURY DUENAS
400 W 37TH ST, APT 7N
NEW YORK, NY 10018


TIM-TALI GORE
301 E 102ND STREET NE
NEW YORK, NY 10029


TIME WARNER CABLE
P.O. BOX 742663 CINCINNAT
CINCINNATI, OH 45274-2663


TO RISE SUPPLIES
118-40 MONTAUK ST
ST. ALBANS, NY 11412


TONY NIGHTS GROUP
135 E 54TH ST, APT 3M
NEW YORK, NY 10022


TOP TIER NYC, LLC
23-57 94TH ST
EAST ELMHURST QUEENS, NY 11369


TORCH & CROWN
463 E 173RD ST
BRONX, NY 10457


TOUTON
129 WEST 27TH STREET, 9TH FL.
NEW YORK NY 10001


TRUFFLIN
155 EAST 29TH ST APT.23B
NEW YORK, NY 10016


UMANG BANSAL
50 SAINT FRANCIS ST
NEWARK, NJ   07105


UNION BEER DISTRIBUTORS
1213-17 GRAND STREET
BROOKLYN, NY 11211

UNIQUE MECHANICAL HVAC LLC
632 E 92ND ST
BROOKLYN, NY 11236


UNITED RESTAURANTS OF NEW YORK
PO BOX 769
ARMONK, NY 10504


URBANA GREENS LLC
30 SOUTH KINGMAN RD
SOUTH ORANGE, NJ 07079


VENDELA LINDBLOM
8500 SUNSET BLVD, APT E805
WEST HOLLYWOOD, CA  90069


VICTORY HOSPITALITY GROUP LLC
555 10TH AVE #19C
NEW YORK, NY 10018


VIRTUOUS SYSTEMS LLC
23-57 94TH ST
EAST ELMHURST QUEENS, NY 11369


WEBSTAURANT STORE
42 INDUSTRIAL CIRCLE DEP'T,  #21
LANCASTER, PA 17601


WHERE'S MY PICTURE LLC
20 NORTH 5TH STREET, #411
BROOKLYN, NY  11249


WILLIAM MULLEN
3222 43RD ST
ASTORIA, NY 11103


WILLIAM SONNETT
1251 TAYLOR AVE, APT 3A
BRONX, NY 10472


WILO'S FLOWER DESIGN
564 W52ST ST, 2F
NEW YORK, NY 10019

WINE SYMPHONY, INC.
580 BROADWAY, RM 508
NEW YORK NY 10012


WYATT KEITH
500 WEST 30TH ST, APT 23A
NEW YORK, NY 10001


YESENIA HIGUERON
2833 ATLANTIC AVE, APT 3R
NEW YORK, NY 11207